437 A.2d 1015

Cooke, et al. v. Bruce, et al., Appellants.
Reargument Denied Dec. 16, 1981.

Argued December 1, 1980.   David W. Knauer, for appellants; Richard E. Deetz, for appellees.

560

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment affirmed.